# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

INDALEX INC. F/K/A, AND SUCCESSOR BY MERGER TO, INDALEX AMERICA INC. F/K/A CARADON AMERICA INC.; INDALEX LIMITED F/K/A CARADON LIMITED; HARLAND CLARKE HOLDINGS CORP. F/K/A CLARKE AMERICAN CORP. F/K/A AND SUCCESSOR BY MERGER TO, NOVAR USA INC. F/K/A CARADON USA INC. F/K/A CARADON INC.,

Respondents

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Petitioner

: No. 126 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.